STATE OF NEW YORK      )
                       :SS.:
COUNTY OF KINGS        )

        *Zachary Silver,* being duly sworn, deposes and says:

    1. That he is the President of QB Wash, LLC. organized under and by virtue of the laws of the State of New York.

    2. That on the 8 day of February, 2021 a meeting of the Board of Directors of said corporation was held at which time all the directors were present. That the foregoing is a true and exact copy of the resolution duly adopted at the aforesaid meeting of the Broad of Directors and that said Resolution is in full force and effect.

x_____