Presentment Date: May 18, 2021 at 12:00 p.m.<br>
Objections Due: May 11, 2021 at 5:00 p.m.<br>
Hearing Only Upon Objection: June 1, 2021 at 10:30 a.m.

**WINDELS MARX LANE & MITTENDORF, LLP**
*Attorneys for 138-77 Queens Blvd LLC*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorneys Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>QB WASH LLC,<br><br>                       Debtor. | Chapter 7<br><br>Case No. 1-21-40301-ess |

### NOTICE OF PRESENTMENT OF ORDER
### AUTHORIZING WITHDRAWAL OF ROSENBERG & ESTIS, P.C.
### AS COUNSEL TO 138-77 QUEENS BLVD LLC, AND APPROVING
### THE SUBSTITUTION OF WINDELS MARX LANE & MITTENDORF, LLP
### AS COUNSEL TO 138-77 QUEENS BLVD LLC

**PLEASE TAKE NOTICE** that:

1. Upon the Application dated April 22, 2021 of 138-77 Queens Blvd LLC ("***138-77 Queens Blvd***"), seeking entry of an Order pursuant to Local Bankruptcy Rule 2090-1(d) authorizing Rosenberg & Estis, P.C. ("***Rosenberg & Estis***") to withdraw and be relieved as counsel to 138-77 Queens Blvd, and approving Windels Marx Lane & Mittendorf, LLP ("***Windels Marx***") as attorneys to replace and substitute for Rosenberg & Estis as counsel to 138-77 Queens Blvd in this case; and upon the Declaration of Alan Nisselson, sworn to on April 22, 2021, the proposed Order attached to the Application as **Exhibit "A"** will be presented to The Honorable Elizabeth S. Stong, United States Bankruptcy Judge, for signature on **May 18, 2021 at 12:00 p.m., prevailing Eastern time**.

2. The Application and the proposed Order are available for inspection (a) at the Office of the Clerk of the Bankruptcy Court, (b) through the Internet at the Bankruptcy Court's web site www.nyeb.uscourts.gov, and (c) by requesting a copy from the undersigned attorneys.

{11918271:1}

Case 1-21-40301-ess    Doc 27    Filed 04/23/21    Entered 04/23/21 17:32:24

3. Objections to the proposed Order must be (a) filed with the Court by **May 11, 2021 at 5:00 p.m., prevailing Eastern time,** pursuant to the Court's Electronic filing procedures set forth in General Order No. 559, which is available for review at the Court's website: www.nyeb.uscourts.gov., and (b) **served so as to be received by that date** upon: (i) Windels Marx Lane & Mittendorf, LLP, attorneys for 138-77 Queens Blvd, 156 West 56th Street, New York, New York 10019, Attn: Leslie S. Barr, Esq., lbarr@windelsmarx.com, (ii) The Office of the U.S. Trustee, Eastern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, and (iii) the Bankruptcy Judge (a hard copy clearly marked "Chambers Copy" must be delivered to the Court to the attention of Chambers of The Honorable Elizabeth S. Stong, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201).

4. Unless a party files a written objection with the Bankruptcy Court as set forth above, with proof of service, the proposed Order may be signed and entered. If a written objection is timely filed and served, a Hearing will be held before The Honorable Elizabeth S. Stong, United States Bankruptcy Judge, in her Courtroom at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 on **June 1, 2021 at 10:30 a.m., prevailing Eastern time. The Hearing will be conducted telephonically** pending further order of the Court. As set forth on the Court's official web site (www.nyeb.uscourts.gov), any party wishing to appear at the Hearing shall notify the Court at least 24 hours in advance of the Hearing and follow the instructions for telephonic appearances set forth by Bankruptcy Judge Stong at: ess_hearings@nyeb.uscourts.gov. Such Hearing may be adjourned without notice other than by announcement in Court.

Dated: New York, New York  
April 23, 2021  

WINDELS MARX LANE & MITTENDORF, LLP  
*Counsel for 138-77 Queens Blvd LLC*

By: */s/ Leslie S. Barr*_____  
Leslie S. Barr (lbarr@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215