**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>QB WASH LLC,<br><br>                      Debtor. | Chapter 7<br><br>Case No. 1-21-40301-ess |

**ORDER AUTHORIZING WITHDRAWAL OF ROSENBERG & ESTIS, P.C.
AS COUNSEL TO 138-77 QUEENS BLVD LLC, AND APPROVING THE
SUBSTITUTION OF WINDELS MARX LANE & MITTENDORF, LLP
AS COUNSEL TO 138-77 QUEENS BLVD LLC**

Upon the application dated April 22, 2021 of 138-77 Queens Blvd LLC ("***138-77 Queens Blvd***"), seeking entry of an Order pursuant to Local Bankruptcy Rule 2090-1(d) authorizing Rosenberg & Estis, P.C. ("***Rosenberg & Estis***") to withdraw and be relieved as counsel to 138-77 Queens Blvd, and approving Windels Marx Lane & Mittendorf, LLP ("***Windels Marx***") as attorneys to replace and substitute for Rosenberg & Estis as counsel to 138-77 Queens Blvd in this case; and upon the Declaration of Alan Nisselson**,** sworn to on April 22, 2021; and it appearing that the attorneys of Windels Marx who will be assigned to this matter are attorneys duly admitted to practice in this Court; and the Court being satisfied that Windels Marx holds or represents no interest adverse to 138-77 Queens Blvd herein and are disinterested persons with respect to the matters for which they are to be retained; and sufficient cause appearing therefor and no adverse interest being represented, it is

**ORDERED,** that:

1.      138-77 Queens Blvd's retention and employment of Windels Marx as its counsel in this case is approved.

2.  Rosenberg & Estis is hereby relieved as counsel to 138-77 Queens Blvd and is authorized, empowered, and directed to turnover and deliver to Windels Marx its files for this case.