*The Law Offices of Avrum J. Rosen*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
atsionis@ajrlawny.com

AVRUM J. ROSEN

------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

May 10, 2021

**VIA CM/ECF ONLY**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      **Re:** **Letter of Adjournment**
           **QB Wash LLC *dba* Blvd Auto Spa, 21-40301-ess**
           **Motion for 2004 Examination of Cermele & Wood LLP**

Dear Judge Stong:

      The undersigned is counsel to David J. Doyaga, Sr., the Chapter 7 Trustee (the "Trustee") in the above-referenced bankruptcy matter.

      Please allow this letter to confirm that the adjourned hearing regarding the Trustee's motion seeking a 2004 examination of Cermele & Wood LLP [Dkt. No. 21] set for May 11, 2021 at 10:30 a.m. has been adjourned, on consent, to July 13, 2021 at 10:30 a.m.

      Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned. Thank you.

                                                Respectfully submitted,

                                               */s/ Alex E. Tsionis*
                                               Alex E. Tsionis

Cc: All counsel of record (by CM/ECF)