WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for 138-77 Queens Blvd LLC*
156 West 56th Street
New York, New York 10019
Telephone (212) 237-1000
Attorney Appearing: Leslie Barr (lbarr@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re | Chapter 7 |
|---|---|
| QB WASH LLC, | Case No. 1-21-40301-ess |
| Debtor. | |

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                      ) ss.:
**COUNTY OF NEW YORK** )

**KEN SWEENEY,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on June 16, 2021, I served the:

*Motion of 138-77 Queens Blvd LLC for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Directing the Production of Documents by and Oral Examination of the Debtor's Principal and Certain Related Parties and the Production of Documents by the Debtor with Exhibit 1, Declaration of Ethan Wohl in Support of Motion with Exhibits A-K to the Declaration, Exhibit 2, the Proposed Order and the Notice of Presentment*, upon:

| Avrum J. Rosen, Esq.<br>Law Offices of Avrum J. Rosen, PLLC<br>Attorneys for David J. Doyaga, Sr., Chapter 7<br>Trustee of the Estate of<br>QB Wash LLC dba Blvd Auto Spa<br>38 New Street<br>Huntington, New York 11743 | Timothy W. Walsh, Esq.<br>McDermott Will & Emery<br>Attorneys for Wash Funding LLC<br>340 Madison Avenue<br>New York, New York 10173 |
|---|---|
| Gregory M. Messer<br>Law Office of Gregory Messer<br>Attorneys for QB Wash LLC<br>26 Court Street<br>Suite 2400<br>Brooklyn, New York 11242 | Scott Silver<br>c/o Wash Funding LLC<br>200 Meeting Street, Suite 206<br>Charleston, South Carolina 29401 |

{11934961:1}

|  |  |
|---|---|
| Zachary Silver<br>38 Taylor Road<br>Mount Kisco, New York 10549 |  |

at the last known address given by or obtained for each party for that purpose, by delivering a true copy of same securely enclosed in a first class postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| Sworn to before me this 16th day of June 2021<br><br>*/s/ Maritza Segarra*<br>Maritza Segarra<br>Notary Public, State of New York<br>No. 01SE4652865<br>Qualified in Westchester County<br>Commission Expires December 31, 2021 | /s/ Ken Sweeney<br>KEN SWEENEY |
|---|---|