**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 W 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens

*Counsel to Wash Funding LLC, Scott Silver Family*
  *Trust, Deirdre Silver Family Trust, Scott Silver and*
  *Zachary Silver*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
In re                                                                   :
                                                                             :          Chapter 7
QB WASH LLC,                                             :
                                                                             :          Case No. 21-40301 (ESS)
                               Debtor.                       :
--------------------------------------------------------x

### NOTICE OF APPEARANCE
### AND DEMAND FOR SERVICE OF PAPERS

      **PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP (the

"Firm") hereby appears in the above-captioned case as counsel to Wash Funding LLC, Scott

Silver Family Trust, Deirdre Silver Family Trust, Scott Silver and Zachary Silver (collectively,

the "Appearance Parties").

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and

9007, demand is made that all notices given or required to be given, and all papers served or

required to be served, be given and served upon the following:

      **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**
      200 West 41st Street, 17th Floor
      New York, New York 10036-7023
      Attention: Fred Stevens
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: fstevens@klestadt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of any of the Appearance Parties.

Dated:   New York, New York
        June 28, 2021

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:   */s/ Fred Stevens*
       Fred Stevens
       200 W. 41st Street, 17th Floor
       New York, New York 10036
       Tel: (212) 972-3000
       Fax: (212) 972-2245
       Email: fstevens@klestadt.com

       *Counsel to Appearance Parties Wash Funding*
        *LLC, Scott Silver Family Trust, Deirdre*
        *Silver Family Trust, Scott Silver and*
        *Zachary Silver*