# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 07/16/2021 |
| Case: 1–21–40301–ess | Form ID: 178 | Total: 30 |

**Recipients of Notice of Electronic Filing:**
aty     Law Office of Gregory Messer, PLLC     gremesser@aol.com
aty     The Law Offices of Avrum J. Rosen, PLLC     arosen@ajrlawny.com
aty     Alex E. Tsionis     atsionis@ajrlawny.com
aty     Avrum J Rosen     arosen@ajrlawny.com

                                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          QB Wash LLC     138–77 Queens Boulevard     Jamaica, NY 11435
tr          David J. Doyaga     26 Court Street     Suite 1601     Brooklyn, NY 11242
smg         NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg         NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201–3719
smg         NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg         Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
9935948     138–77 Queens Blvd LLC     c/o Corporation Service     Company     Albany, NY 12207
9935949     138–77 Queens Blvd LLC     c/o Corporation Service c     80 State Street     Albany, NY 12207
9985662     Deirdre Silver Family Trust     c/o Klestadt Winters Jureller     Southard & Stevens, LLP     200 West 41st Street, 17th Floor     New York, New York 10036–7023
9935950     Frank Millman     Distributions, Inc     8 Progress Street     Edison, NJ 08820
9935951     Kleen Rite Corp     257 South Ninth Street     Columbia, PA 17512
9937510     NYS Department of Labor     State Campus     Bldg. 12 Room 256     Albany, NY 12240
9935952     New York City Dept of     Water     59–17 Industrial Blvd     Elmhurst, NY 11373
9935953     New York State Dept of     Taxation and Finance     Harrison Campus     Albany, NY 12227
9935954     Prefect Car Corporation     270 Walton Avenue     Bronx, NY 10451
9935955     Reladyne Incorporated     8280 Montgomery Road     Suite 101     Cincinnati, OH 45236
9947216     Rosenberg & Estis, P.C.     733 Third Avenue     New York, NY 10017
9985663     Scott Silver     c/o Klestadt Winters Jureller     Southard & Stevens, LLP     200 West 41st Street, 17th Floor     New York, New York 10036–7023
9946307     Scratch/Cross River Bank     PO Box 411285     San Francisco, CA 94141
9985661     Silver Family Trust     c/o Klestadt Winters Jureller     Southard & Stevens, LLP     200 West 41st Street, 17th Floor     New York, New York 10036–7023
9935956     T & E Sales of Marlboro I     913 Middlesex Avenue     Metuchen, NJ 08840
9935957     Uline     12575 Uline Drive     Pleasant Prairie, WI 53158
9935958     Walsh Funding LLC     95 Lenwood Blvd     Charleston, SC 29401
9985659     Wash Funding LLC     c/o Klestadt Winters Jureller     Southard & Stevens, LLP     200 West 41st Street, 17th Floor     New York, New York 10036–7023
9935959     Zachary Silver     138–77 Queens Boulevard     Jamaica, NY 11435
9985664     Zachary Silver     c/o Klestadt Winters Jureller     Southard & Stevens, LLP     200 West 41st Street, 17th Floor     New York, New York 10036–7023

                                                                                                TOTAL: 26