EXHIBIT L

**Ethan Wohl**

| | |
|---|---|
| **From:** | Ethan Wohl |
| **Sent:** | Sunday, August 30, 2020 9:06 AM |
| **To:** | Zachary |
| **Cc:** | Ellen Vaknine; Michael Wood; scott@sfg.com |
| **Subject:** | 138-77 Queens Blvd |

Zachary,

Given you have allowed the cure period under the lease to expire and have not responded to my emails proposing we discuss a deal that lets you walk away without rent liability, it appears you are looking to hold onto possession until we get you evicted.

We have made a number of accommodations during your time as our tenant, accepting rent late repeatedly and setting up payment plans for taxes and insurance, but I do not want our past flexibility to be misread: if we need to litigate to get the property back, we will pursue the case to judgment and full satisfaction, whatever the expense and however long it takes.

It is entirely possible given the backlog in the courts that it will take some months to get you out. If so, then between back rent, use & occupancy, payment of our legal fees, and additional liability for the period after you are evicted and we work to find a new tenant, your personal liability could well grow to in excess of $250,000. It cannot be in your interest to face this kind of exposure, along with the distraction of ongoing litigation at a time when you should be focusing on your next opportunity.

Scott I am copying you to ensure you are aware of the situation and know we have made repeated attempts to achieve a resolution.

Ethan

Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329

---

**From:** Ethan Wohl
**Sent:** Tuesday, August 25, 2020 9:24 PM
**To:** Zachary <zsilver401@gmail.com>
**Cc:** Ellen Vaknine <ellen@wohlmgmt.com>
**Subject:** RE: Call

Zachary,

We need to have our outside counsel start work if we don't have a resolution in hand here.  Please get back to us promptly.

Ethan

Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329

---

**From:** Ethan Wohl
**Sent:** Monday, August 24, 2020 12:40 PM
**To:** Zachary <zsilver401@gmail.com>
**Cc:** Ellen Vaknine <ellen@wohlmgmt.com>
**Subject:** RE: Call

Zachary,

We have given further thought to how to move forward here and would like to discuss an approach that lets you walk away without liability for the back rent here. Please let us know when you are available to speak again.

Ethan

Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329

**From:** Zachary <zsilver401@gmail.com>
**Sent:** Monday, August 17, 2020 4:13 PM
**To:** Ethan Wohl <ethan@wohlmgmt.com>
**Subject:** Re: Call

Sounds good. Thank You

On Mon, Aug 17, 2020 at 4:03 PM Ethan Wohl <ethan@wohlmgmt.com> wrote:

> Zachary,
>
> Let's proceed at 10 am on Wednesday.  Ellen and I will call you then on your cell unless you prefer otherwise.
>
> Regards,
>
> Ethan
>
> Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329
>
> **From:** Zachary <zsilver401@gmail.com>
> **Sent:** Monday, August 17, 2020 1:59 PM
> **To:** Ethan Wohl <ethan@wohlmgmt.com>
> **Subject:** Re: Call
>
> Hi Ethan,
>
> I am available for a call on Wednesday at your convenience.  If that does not work I am also available on Thursday or Friday.

Look forward to speaking with you,

Zachary

On Mon, Aug 17, 2020 at 11:25 AM Ethan Wohl <ethan@wohlmgmt.com> wrote:

> Zachary,
>
> Let's have a conversation about your plans moving forward here.  Please let us know a good time for a call.
>
> Ethan
>
> Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329

3

# Ethan Wohl

| | |
|---|---|
| **From:** | Ethan Wohl |
| **Sent:** | Friday, June 5, 2020 6:07 PM |
| **To:** | Zachary |
| **Cc:** | Ellen Vaknine |
| **Subject:** | RE: 138-77 Queens Blvd -- Rent Payment |

Zachary,

Following up our call this morning, we are prepared to accept current payments of $12,000/month as base rent until the new base rent is determined in the appraisal process (with an outside date of September 30, 2020). We are not prepared to waive more than two months of base rent. The balance of the current arrears and the shortfall for June and later months would be repayable over 3 months starting when the new rent is determined (and October 1st at the latest).

In the alternative, we are prepared to accept termination of the lease now without liability for the rent due to this point.

Please let us know how you would like to proceed by the end of the day on Monday.

These offers are subject to execution of a written agreement signed by us both.

Ethan

Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329

**From:** Zachary <zsilver401@gmail.com>
**Sent:** Wednesday, June 3, 2020 6:43 PM
**To:** Ethan Wohl <ethan@wohlmgmt.com>
**Subject:** Re: 138-77 Queens Blvd -- Rent Payment

Sounds good. Thank you

> On Jun 3, 2020, at 6:28 PM, Ethan Wohl <ethan@wohlmgmt.com> wrote:
>
> Zachary,
>
> Let's proceed on Friday at 11. We'll call you then,
>
> Ethan
>
> Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329
>
> **From:** Zachary <zsilver401@gmail.com>
> **Sent:** Wednesday, June 3, 2020 4:42 PM
> **To:** Ethan Wohl <ethan@wohlmgmt.com>
> **Subject:** Re: 138-77 Queens Blvd -- Rent Payment
>
> Ethan,

For a call, Friday; Anytime between 10:00 am and 1:00 pm works for me. Please let me know the exact time and call my cell (914-598-7723). Look forward to speaking with you.

Zachary

On Wed, Jun 3, 2020 at 4:12 PM Ethan Wohl <ethan@wohlmgmt.com> wrote:

> Zachary,
>
> We are not prepared to have the rent issue sit. Please let us know a time that works for you tomorrow or Friday for a call to address it.
>
> Ethan
>
> Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329
>
> ---
>
> **From:** Zachary <zsilver401@gmail.com>
> **Sent:** Tuesday, June 2, 2020 12:04 PM
> **To:** Ethan Wohl <ethan@wohlmgmt.com>
> **Subject:** Re: 138-77 Queens Blvd -- Rent Reset
>
> Hi Ethan,
>
> Yes it appears that now the two appraisers need to contact each other in order to initiate the process of selecting a third appraiser. Please have you appraiser Dan Sciannameo contact my appraiser Adam Hardej.
>
> I received your email in regards to the rent; I have not been able to review the entire email and attached spreadsheet. Please allow me to review and then see what is financially possible on my end.
>
> Regards,

Zachary

On Fri, May 29, 2020 at 6:59 PM Ethan Wohl <ethan@wohlmgmt.com> wrote:

Zachary,

Paragraph 50(d) of the rider to our lease provides that after the parties exchange appraisal reports, "[i]f the higher appraisal is one hundred ten percent (110%) or more of the lower appraisal, then the two appraisers shall select a third appraiser." In light of the variance between our respective appraisers' determinations of fair market rental value, this provision has been triggered. By copy of this email, I am requesting that our appraiser, Dan Sciannameo, contact your appraiser, Adam Hardej, to initiate this process.

Regards,

Ethan

Ethan D. Wohl | office 212 758 4097 | mobile 347 262 2329

3

EXHIBIT M

**From:** Michael Wood <mike@cw.legal>
**Date:** January 26, 2021 at 9:01:46 AM EST
**To:** "Kane, Peter B." <pkane@rosenbergestis.com>
**Cc:** "Pensabene, Michael A." <mpensabene@rosenbergestis.com>
**Subject: [EXTERNAL] RE: 38-77 Queens Blvd LLC v. QB Wash LLC**

**CAUTION:** **This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Peter, likewise with you. I will discuss these with my client and get you a response in due course –

Mike

**From:** Kane, Peter B. <pkane@rosenbergestis.com>
**Sent:** Monday, January 25, 2021 6:14 PM
**To:** Michael Wood <mike@cw.legal>
**Cc:** Pensabene, Michael A. <mpensabene@rosenbergestis.com>
**Subject:** 38-77 Queens Blvd LLC v. QB Wash LLC

Mike,

Hope all is well. I am reaching out to you regarding the Court's January 15, 2021 Order, to avoid any misunderstandings.

My client advises me that that the DEP has no record of the water charges being paid. Please confirm that payment was made, or advise me when your client intends to pay the water charges.

The future use and occupancy payments to be made on the first day of each month will begin as of Monday. Will that payment be made by wire to my client's bank account to which your client has previously wired payment of rent (Chase account ending x2096)? That would be my client's preference.

Regarding your client's obligation to post a bond, please advise me when your client expects to receive the bond and have it filed with the court; or confirm that it has already been filed.

If you would like to discuss anything further, please feel free to contact me.

Thank you.

**Peter B. Kane**



T: +1 (212) 551-1292
pkane@rosenbergestis.com
733 Third Avenue, New York, NY 10017

  



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

Important Notice: Always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*