**WOHL & FRUCHTER LLP**
25 Robert Pitt Drive, Suite 209G
Monsey, New York  10952
Tel. (212) 758-4000
Ethan D. Wohl (ewohl@wohlfruchter.com)

*Co-Counsel for 138-77 Queens Blvd LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>QB WASH LLC *d/b/a* Blvd Auto Spa,<br><br>Debtor. | Chapter 7<br><br>Case No. 1-21-40301-ess |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that Wohl & Fruchter LLP hereby appears in the above-captioned case as co-counsel for 138-77 Queens Blvd LLC.

**PLEASE TAKE FURTHER NOTICE**, that all notices given or required to be given, and all papers served or required to be served, in the above-captioned case be given to and served upon Wohl & Fruchter LLP at the below-stated address.

**PLEASE TAKE FURTHER NOTICE**, that Windels Marx Lane & Mittendorf, LLP continues as co-counsel to 138-77 Queens Blvd LLC and all notices and papers should continue to be given to and served upon it in accordance with its previously-entered appearance.

Dated: Monsey, New York
        October 18, 2021

**WOHL & FRUCHTER LLP**

By: _____/s/ Ethan Wohl_____
    Ethan D. Wohl (ewohl@wohlfruchter.com)
    25 Robert Pitt Drive, Suite 209G
    Monsey, New York  10952
    Direct Dial: (212) 758-4097
    Facsimile: (212) 758-4004

*Co-Counsel for 138-77 Queens Blvd LLC*