# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: QB WASH LLC &sect; Case No. 1-21-40301-ESS
&sect;
&sect;
Debtor(s) &sect;

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID J. DOYAGA SR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $9,030.00     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $89,554.43     Claims Discharged Without Payment: N/A

Total Expenses of Administration: $46,746.57

3) Total gross receipts of $ 136,301.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $136,301.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 46,746.57 | 46,746.57 | 46,746.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 173,451.38 | 173,451.38 | 89,554.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,014,688.22 | 1,014,688.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,234,886.17 | $1,234,886.17 | $136,301.00 |

4) This case was originally filed under Chapter 7 on February 08, 2021. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2022       By: /s/DAVID J. DOYAGA SR.
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checkig Account at Citibank | 1129-000 | 3,450.00 |
| Silver parties/Cermele & Wood | 1241-000 | 82,840.00 |
| NYS Tax Refund | 1224-000 | 11.00 |
| Settlement Agreement with Zachary Silver | 1241-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$136,301.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Expenses - DAVID J. DOYAGA SR. | 2200-000 | N/A | 32.11 | 32.11 | 32.11 |
| Other - Law Offices of Avrum J. Rosen, PLLC | 3220-000 | N/A | 247.84 | 247.84 | 247.84 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Law Offices of Avrum J. Rosen, PLLC | 3210-000 | N/A | 35,493.00 | 35,493.00 | 35,493.00 |
| Trustee Compensation - DAVID J. DOYAGA SR. | 2100-000 | N/A | 10,065.05 | 10,065.05 | 10,065.05 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.52 | 5.52 | 5.52 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.14 | 5.14 | 5.14 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 6.05 | 6.05 | 6.05 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.49 | 5.49 | 5.49 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.84 | 5.84 | 5.84 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.47 | 5.47 | 5.47 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 40.68 | 40.68 | 40.68 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 147.38 | 147.38 | 147.38 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 142.53 | 142.53 | 142.53 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 38.95 | 38.95 | 38.95 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 133.10 | 133.10 | 133.10 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 128.29 | 128.29 | 128.29 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 239.13 | 239.13 | 239.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$46,746.57** | **$46,746.57** | **$46,746.57** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | NYS Department of Labor | 5800-000 | N/A | 5,239.93 | 5,239.93 | 2,705.42 |
| 3P-1 | NYS DEPT OF TAX & FINANCE | 5800-000 | N/A | 168,211.45 | 168,211.45 | 86,849.01 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$173,451.38** | **$173,451.38** | **$89,554.43** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -1 | Scratch/Cross River Bank | 7100-000 | N/A | 28,890.63 | 28,890.63 | 0.00 |
| 3U-1 | NYS DEPT OF TAX & FINANCE | 7100-000 | N/A | 13,930.26 | 13,930.26 | 0.00 |
| 4 -1 | Uline | 7100-000 | N/A | 679.33 | 679.33 | 0.00 |
| 5 -1 | 138-77 Queens Blvd LLC | 7100-000 | N/A | 971,188.00 | 971,188.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,014,688.22 | $1,014,688.22 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-21-40301-ESS  
**Case Name:** QB WASH LLC  

**Period Ending:** 08/09/22

**Trustee:** (520900) DAVID J. DOYAGA SR.  
**Filed (f) or Converted (c):** 02/08/21 (f)  
**§341(a) Meeting Date:** 03/12/21  
**Claims Bar Date:** 10/14/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checkig Account at Citibank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 22,712.59 | 22,712.59 | | 3,450.00 | FA |
| 2 | Con Edison Utility Deposit<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,825.00 | 3,825.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $5,205.00<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,205.00 | 5,205.00 | | 0.00 | FA |
| 4 | 1 log chain surface conveyor with roller.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 5 | 1 soap application arch.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 6 | 2 8 basket side to side mitters with brushes.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 7 | 2 sets of baby rockers with brushes.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 8 | 1 set of van high rockers with brushes.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 9 | 1 high pressure rinsing arch.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 10 | 1 triple foam application arch.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 11 | 1 4 basket front to back mitter with brushes.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 12 | 1 undercarriage rinsing head. | Unknown | Unknown | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-21-40301-ESS  **Trustee:** (520900) DAVID J. DOYAGA SR.
**Case Name:** QB WASH LLC  **Filed (f) or Converted (c):** 02/08/21 (f)
 **§341(a) Meeting Date:** 03/12/21
**Period Ending:** 08/09/22  **Claims Bar Date:** 10/14/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 13 | 2 sets of final rinse arches. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 14 | 1 overhead drying blower. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 15 | 1 driver side drying blower. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 16 | 1 set of power washes. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 17 | 1 Micrologic POS system (Wash). Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 18 | 1 Mirco Greeter's station (Wash). Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 19 | 1 Sage POS system (Lube). Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 20 | 3 Air Compressors. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 21 | 1 Central vacumn system. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 22 | 7 bucket hydrominder mixing station with pumps. Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 23 | 1 Micrologic electronic relay box. Orig. Asset Memo: Imported from original petition | Unknown | Unknown | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-21-40301-ESS  **Trustee:** (520900) DAVID J. DOYAGA SR.
**Case Name:** QB WASH LLC  **Filed (f) or Converted (c):** 02/08/21 (f)
 **§341(a) Meeting Date:** 03/12/21
**Period Ending:** 08/09/22  **Claims Bar Date:** 10/14/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | | | | | |
| | Doc# 1 | | | | |
| 24 | 5 hydraulic power packs.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 25 | 1 double washer with high speed extractor.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 26 | 16 camera security system.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 27 | 2 Oil bay automobile lits.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 28 | 4 bulk oil storage tanks.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 29 | 1 bulk coolant storage tank.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 30 | 1 bulk washer fluid storage tank.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 31 | 1 bulk transmission fluid storage tank.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 32 | 1 waste oil storage tank.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 33 | 1 transmisson system vacumn and fluid exchange s<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 34 | 1 power steering sysytems vacumn and fluid excha<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | Unknown | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-21-40301-ESS  **Trustee:** (520900) DAVID J. DOYAGA SR.
**Case Name:** QB WASH LLC  **Filed (f) or Converted (c):** 02/08/21 (f)
 **§341(a) Meeting Date:** 03/12/21
**Period Ending:** 08/09/22  **Claims Bar Date:** 10/14/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | 1 coolant system vacumn and fluid exchange syste<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 36 | Silver parties/Cermele & Wood  (u)<br>   Settlement on fraud. conv. | 82,840.00 | 82,840.00 | | 82,840.00 | FA |
| 37 | NYS Tax Refund  (u) | Unknown | 0.00 | | 11.00 | FA |
| 38 | Settlement Agreement with Zachary Silver  (u) | Unknown | 0.00 | | 50,000.00 | FA |
| **38** | **Assets**   **Totals** (Excluding unknown values) | **$114,582.59** | **$114,582.59** | | **$136,301.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2022    **Current Projected Date Of Final Report (TFR):**   April 6, 2022  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 1-21-40301-ESS  
**Case Name:** QB WASH LLC  

**Taxpayer ID #:** **-***7674  
**Period Ending:** 08/09/22  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******1864 - Checking Account  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/21 | {1} | Gregory Messer PLLC | Turnover of Debtor's bank balance | 1129-000 | 3,450.00 | | 3,450.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,445.00 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.52 | 3,439.48 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.14 | 3,434.34 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.05 | 3,428.29 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.49 | 3,422.80 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.84 | 3,416.96 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.47 | 3,411.49 |
| 01/06/22 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2021 FOR CASE #121-40301, 2021 Bond Premium Voided on 01/10/22 | 2300-000 | | 38.66 | 3,372.83 |
| 01/10/22 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2021 FOR CASE #121-40301, 2021 Bond Premium Voided: check issued on 01/06/22 | 2300-000 | | -38.66 | 3,411.49 |
| 01/10/22 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2021 FOR CASE #121-40301, 2021 Bond Premium | 2300-000 | | 38.95 | 3,372.54 |
| 05/31/22 | | From Account #******7004 | | 9999-000 | 82,008.89 | | 85,381.43 |
| 05/31/22 | | From Account #******0545 | | 9999-000 | 11.00 | | 85,392.43 |
| 05/31/22 | | From Account #******0553 | | 9999-000 | 50,000.00 | | 135,392.43 |
| 05/31/22 | 103 | DAVID J. DOYAGA SR. | Dividend paid 100.00% on $32.11, Trustee Expenses; Reference: | 2200-000 | | 32.11 | 135,360.32 |
| 05/31/22 | 104 | Law Offices of Avrum J. Rosen, PLLC | Dividend paid 100.00% on $247.84, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 247.84 | 135,112.48 |
| 05/31/22 | 105 | Law Offices of Avrum J. Rosen, PLLC | Dividend paid 100.00% on $35,493.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 35,493.00 | 99,619.48 |
| 05/31/22 | 106 | DAVID J. DOYAGA SR. | Dividend paid 100.00% on $10,065.05, Trustee Compensation; Reference: | 2100-000 | | 10,065.05 | 89,554.43 |
| 05/31/22 | 107 | NYS Department of Labor | Dividend paid 51.63% on $5,239.93; Claim# 1-1; Filed: $5,239.93; | 5800-000 | | 2,705.42 | 86,849.01 |
| 05/31/22 | 108 | NYS DEPT OF TAX & FINANCE | Dividend paid 51.63% on $168,211.45; Claim# 3P-1; Filed: $168,211.45; | 5800-000 | | 86,849.01 | 0.00 |

Subtotals :   $135,469.89   $135,469.89

{} Asset reference(s)

Printed: 08/09/2022 03:07 PM    V.20.45

Case 1-21-40301-ess    Doc 95    Filed 08/19/22    Entered 08/19/22 11:46:46

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-21-40301-ESS  
**Case Name:** QB WASH LLC  

**Taxpayer ID #:** **-***7674  
**Period Ending:** 08/09/22  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******1864 - Checking Account  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **135,469.89** | **135,469.89** | **$0.00** |
| | | | Less: Bank Transfers | | 132,019.89 | 0.00 | |
| | | | **Subtotal** | | **3,450.00** | **135,469.89** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,450.00** | **$135,469.89** | |

{} Asset reference(s) 

Printed: 08/09/2022 03:07 PM     V.20.45

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-21-40301-ESS  
**Case Name:** QB WASH LLC  

**Taxpayer ID #:** **-***7674  
**Period Ending:** 08/09/22  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******7004 - Silver/Cermele/Woods  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/21 | {36} | Klestadt Winters Jureller Southard & Stevens | Settlement | 1241-000 | 82,840.00 | | 82,840.00 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 40.68 | 82,799.32 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 147.38 | 82,651.94 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 142.53 | 82,509.41 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 133.10 | 82,376.31 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 128.29 | 82,248.02 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 239.13 | 82,008.89 |
| 05/31/22 | | To Account #******1864 | | 9999-000 | | 82,008.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **82,840.00** | **82,840.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 82,008.89 | |
| | | | **Subtotal** | | **82,840.00** | **831.11** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$82,840.00** | **$831.11** | |

{} Asset reference(s)          Printed: 08/09/2022 03:07 PM    V.20.45

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-21-40301-ESS  
**Case Name:** QB WASH LLC  

**Taxpayer ID #:** **-***7674  
**Period Ending:** 08/09/22  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0545 - NYS Tax Refund  
**Blanket Bond:** $42,742,595.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/22 | {37} | State of New York Department of Taxation and Finance | Voucher number 00118123 | 1224-000 | 11.00 | | 11.00 |
| 05/31/22 | | To Account #******1864 | | 9999-000 | | 11.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **11.00** | **11.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 11.00 | |
| | | | **Subtotal** | | **11.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/09/2022 03:07 PM    V.20.45

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 1-21-40301-ESS  
**Case Name:** QB WASH LLC  

**Taxpayer ID #:** **-***7674  
**Period Ending:** 08/09/22  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0553 - Zachary Silver  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/22 | {38} | Klestadt Winters Jureller Southard & Stevens | Settlement with Zachary Silver | 1241-000 | 50,000.00 | | 50,000.00 |
| 05/31/22 | | To Account #******1864 | | 9999-000 | | 50,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 50,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 50,000.00 | |
| | | | **Subtotal** | | 50,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$0.00** | |

Net Receipts : 136,301.00  
Net Estate : $136,301.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1864** | 3,450.00 | 135,469.89 | 0.00 |
| **Checking # ******7004** | 82,840.00 | 831.11 | 0.00 |
| **Checking # ******0545** | 11.00 | 0.00 | 0.00 |
| **Checking # ******0553** | 50,000.00 | 0.00 | 0.00 |
| | **$136,301.00** | **$136,301.00** | **$0.00** |

{} Asset reference(s)                                                                                   Printed: 08/09/2022 03:07 PM   V.20.45