| **Information to identify the case:** | |
|---|---|
| Debtor 1   QB Wash LLC<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   47–5607674 |
| Debtor 2<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York | |
| Case number:   1–21–40301–ess | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- David J. Doyaga (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Elizabeth S. Stong<br>United States Bankruptcy Judge

Dated: August 22, 2022

**BLfnld7** [Final Decree 7 rev 12/01/15]